**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/19/18 8:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  MICKEY JOE MICHAEL | Case No.13-11055TPA |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>MICKEY JOE MICHAEL | Chapter 13<br><br>Document No. 113 |
| Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___19th___ day of September, 2018, it is hereby ORDERED, ADJUDGED, and DECREED that,

Wheatland Steel Processing
Attn: Payroll Manager
1700 Broadway Ave
Wheatland, PA 16161

is hereby ordered to immediately terminate the attachment of the wages of MICKEY JOE MICHAEL, social security number XXX-XX-7933. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICKEY JOE MICHAEL.

BY THE COURT:

jlm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-11055-TPA
Mickey Joe Michael                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: gamr      Page 1 of 1      Date Rcvd: Sep 19, 2018
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.
db        +Mickey Joe Michael,   399 East Jamestown Road,   Greenville, PA 16125-9200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          Daniel P. Foster    on behalf of Debtor Mickey Joe Michael dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                   TOTAL: 5