**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **MICKEY JOE MICHAEL** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **13-11055TPA** |

Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:**  BANK OF AMERICA NA**

**Court claim no.** (if known): 0NC

**Last 4 digits** of any number you use to identify the debtor's account    2   5   5   4

**Property Address:**   399 EAST JAMESTOWN RD
GREENVILLE PA 16125

| Part 2: | Cure Amount |
|---|---|

| Total cure disbursements made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) | $ 0.00 |
| b.  Prepetition arrearage paid by the trustee: | (b) | $ 0.00 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) | $ 0.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) | $ 0.00 |
| e.  Allowed postpetition arrearage: | (e) | $ 0.00 |
| f.  Postpetition arrearage paid by the trustee: | + (f) | $ 0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) | $ 0.00 |

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment                                    $   $863.68

The next postpetition payment is due on    10 / 1 / 2018
                                            MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **MICKEY JOE MICHAEL** | | Case number *(if known)* | **13-11055TPA** |
| | Name | | | |

### Part 4:   A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**x** /s/ Ronda J. Winnecour                                   Date    10/09/2018

Signature

Trustee        Ronda J. Winnecour

Address        CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone   (412) 471-5566                    Email   cmecf@chapter13trusteewdpa.com

Debtor 1   **MICKEY JOE MICHAEL**                                    Case number *(if known)* **13-11055TPA**
Name

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|------|---------|------|--------------|-------:|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 08/05/2014 |         | BANK OF AMERICA NA** | REALLOCATION OF CONTINUING DEBT | 1,663.43 |
| 08/26/2014 | 0905927 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 831.71 |
| 09/29/2014 | 0909977 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 825.53 |
| 10/29/2014 | 0914143 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 631.66 |
| 11/24/2014 | 0918170 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 632.65 |
| 12/22/2014 | 0922827 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 632.80 |
| 01/27/2015 | 0926795 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 949.26 |
| 02/24/2015 | 0930986 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 632.86 |
| 03/26/2015 | 0935004 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 675.66 |
| 04/24/2015 | 0939149 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 694.92 |
| 05/26/2015 | 0943318 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 704.25 |
| 06/23/2015 | 0947332 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 718.68 |
| 07/28/2015 | 0951285 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,076.66 |
| 08/26/2015 | 0955392 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 703.51 |
| 09/28/2015 | 0959381 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 709.20 |
| 10/26/2015 | 0963256 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 712.13 |
| 11/24/2015 | 0967364 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 747.43 |
| 12/22/2015 | 0971473 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 825.73 |
| 01/26/2016 | 0975458 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,259.84 |
| 02/24/2016 | 0979465 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 855.59 |
| 03/28/2016 | 0983401 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 861.37 |
| 04/22/2016 | 0987724 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 873.76 |
| 05/24/2016 | 0991649 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 875.78 |
| 06/27/2016 | 1000374 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,305.34 |
| 07/26/2016 | 1004373 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 871.94 |
| 08/26/2016 | 1008338 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 875.69 |
| 09/27/2016 | 1012370 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 875.72 |
| 10/26/2016 | 1016294 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 871.68 |
| 11/21/2016 | 1019715 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 867.62 |
| 12/21/2016 | 1022968 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 867.58 |
| 01/27/2017 | 1026350 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,298.04 |
| 02/24/2017 | 1029846 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 872.86 |
| 03/28/2017 | 1033217 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 870.38 |
| 04/21/2017 | 1036608 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 869.01 |
| 05/25/2017 | 1039857 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,294.21 |
| 06/27/2017 | 1043204 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 869.71 |
| 07/25/2017 | 1046560 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 867.82 |
| 08/25/2017 | 1049872 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 875.91 |
| 09/26/2017 | 1053207 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 876.65 |
| 10/25/2017 | 1056585 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 869.55 |
| 11/21/2017 | 1059921 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 869.50 |
| 12/21/2017 | 1063141 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,261.50 |
| 01/25/2018 | 1066545 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 869.24 |
| 03/28/2018 | 1072942 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,518.22 |
| 04/24/2018 | 1076171 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 869.69 |
| 05/25/2018 | 1079390 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,061.25 |
| 06/22/2018 | 1082645 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 863.68 |
| 07/26/2018 | 1085744 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 863.68 |
| 08/28/2018 | 1089015 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 1,127.02 |
| 09/25/2018 | 1092226 | BANK OF AMERICA NA** | AMOUNTS DISBURSED TO CREDITOR | 568.37 |
| | | | | 45,066.27 |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICKEY JOE MICHAEL
399 EAST JAMESTOWN ROAD
GREENVILLE, PA  16125

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

BANK OF AMERICA NA**
ATTN BANKRUPTCY DEPT (LMP)
PO BOX 660933
DALLAS, TX  75266-0933

JAMES C WARMBRODT ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


10/9/18                                          /s/ Renee Ward
                                                 _____
                                                 Administrative Assistant
                                                 Office of the Chapter 13 Trustee