Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mickey Joe Michael**<br>*Debtor(s)* | : <br> : <br> : | Case No. 13−11055−TPA<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : <br> : <br> : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : <br> : <br> : <br> : <br> : | Related to Document No. 119<br><br>Hearing Date: 1/9/19 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 1st of November, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 119 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before December 17, 2018**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***January 9, 2019 at 12:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-11055-TPA
Mickey Joe Michael                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                Page 1 of 2              Date Rcvd: Nov 01, 2018
                              Form ID: 300a             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db          +Mickey Joe Michael,   399 East Jamestown Road,   Greenville, PA 16125-9200
cr          +BANK OF AMERICA, N.A.,   900 W. Trade Street,   Charlotte, NC 28255-0001
cr          +BANK OF AMERICA, N.A.,   2380 Performance Dr,   Richardson, TX 75082-4333
13701721    +Aqua Services, Inc.,   762 West Lancaster Avenue,   Bryn Mawr, PA 19010-3402
13701722    +BAC Home Loan Servicing, LP,   Mail Stop CA6-919-09-23,   400 National Way,
              Simi Valley, CA 93065-6414
13701723    +BAC Home Loans Servicing,   450 American Street,   Simi Valley, CA 93065-6285
13701724    +Cb Accounts Inc,   124 SW Adams Street,   Suite 215,   Peoria, IL 61602-2321
13912914    +CitiBank SD, NA,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
13725018    +Mercer County Tax Claim Bureau,   3 Courthouse,   Mercer, PA 16137-1223
13701726    +Mercer County Tax Claim Bureau,   104 Mercer County Courthouse,   Mercer, PA 16137-1224
13701731   #+Penn Credit Corporation,   916 South 14th Street,   Harrisburg, PA 17104-3425
13716944    +Sharon City of Sanitary Authority,   155 West Connelly Boulevard,   Sharon PA 16146-1717
13701736    +UPMC Physician Services,   PO Box 382046,   Pittsburgh, PA 15250-0001
13772104    +UPMC-Horizon Out/Pt,   Convergent Healthcare Recoveries,   P.O. Box 1289,
              Peoria, IL 61654-1289
13701734    +Udren Law Office,   111 Woodcrest Road,   Suite 200,   Cherry Hill, NJ 08003-3620
13701735    +Udren Law Office PC,   111 Woodcrest Road,   Suite 200,   Cherry Hill, NJ 08003-3620
13701737    +Wells Fargo Bank NA,   Wells Fargo Home Mortgage,   Attn: Bankruptcy Dept (MAC X7801-014),
              3476 Stateview Boulevard,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13701720    +E-mail/Text: EBNProcessing@afni.com Nov 02 2018 03:22:48      Afni, Inc.,   Attn: Bankruptcy,
              Po Box 3427,   Bloomington, IL 61702-3427
13701725    +E-mail/Text: abovay@creditmanagementcompany.com Nov 02 2018 03:23:09
              Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13728722    +E-mail/Text: Bankruptcy@natfuel.com Nov 02 2018 03:22:35      National Fuel,   1100 State Street,
              Erie, PA 16501-1912
13701727    +E-mail/Text: Bankruptcy@natfuel.com Nov 02 2018 03:22:35      National Fuel,   P.O. Box 2081,
              Erie, PA 16512-2081
13701728    +E-mail/Text: Bankruptcies@nragroup.com Nov 02 2018 03:23:37      National Recovery Agency,
              2491 Paxton Street,   Harrisburg, PA 17111-1036
13701729    +E-mail/Text: bankruptcydepartment@tsico.com Nov 02 2018 03:23:22      Nco Financial / 09,
              Attention: Bankruptcy,   507 Prudential Road,   Horsham, PA 19044-2308
13701730    +E-mail/Text: ebn@vativrecovery.com Nov 02 2018 03:21:57      Palisades Acquisition IX, LLC,
              Vativ Recovery Solutions LLC,   PO Box 40728,   Houston, TX 77240-0728
13712613     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2018 03:22:24
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg PA 17128-0946
13701732    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2018 03:22:24      Pennsylvania Dept. of Revenue,
              Department 280946,   PO Box 280946,   Attention: Bankruptcy Division,
              Harrisburg, PA 17128-0946
13701733    +E-mail/Text: nod.referrals@fedphe.com Nov 02 2018 03:21:45      Phelan Hallinan & Schmieg,
              1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*             Pennsylvania Department Of Revenue,   Bankruptcy Division PO BOX 280946,
              Harrisburg,  PA  17128-0946
13716943*    +Mercer County Tax Claim Bureau,   104 Mercer County Courthouse,   Mercer PA 16137-1224
                                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: jmar                  Page 2 of 2                    Date Rcvd: Nov 01, 2018
                               Form ID: 300a               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Debtor Mickey Joe Michael dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```