**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICKEY JOE MICHAEL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:13-11055 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 29, 2018

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/27/2013 and confirmed on 10/17/13. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 58,301.09 |
| Less Refunds to Debtor | 761.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,539.70 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,381.00 | |
|    Trustee Fee | 2,298.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,679.03 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2554 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2599 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 45,066.27 | 0.00 | 45,066.27 |
|     Acct: 2554 | | | | |
|   MERCER COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3270 | | | | |
|   MERCER COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3280 | | | | |
|   SHARON SANITARY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHARON SANITARY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA NA** | 5,539.93 | 5,539.93 | 0.00 | 5,539.93 |
|     Acct: 2554 | | | | |
| | | | | 50,606.20 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICKEY JOE MICHAEL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICKEY JOE MICHAEL | 761.39 | 761.39 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,381.00 | 3,381.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 254.47 | 254.47 | 0.00 | 254.47 |
|     Acct: 7933 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7933 | | | | |
| | | | | 254.47 |

13-11055 TPA                                                                                          Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2978 | | | | |
| CB ACCOUNTS** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1233 | | | | |
| UPMC - HORIZON OUT/PT | 2,625.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7933 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NATIONAL RECOVERY AGENCY GROUP' | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 1,568.80 | 0.00 | 0.00 | 0.00 |
| Acct: 7870 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3156 | | | | |
| PALISADES ACQUISITION IX LLC | 231.19 | 0.00 | 0.00 | 0.00 |
| Acct: 6110 | | | | |
| PALISADES ACQUISITION IX LLC | 102.55 | 0.00 | 0.00 | 0.00 |
| Acct: 6111 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0981 | | | | |
| PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| UDREN LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PA DEPARTMENT OF REVENUE* | 19.30 | 0.00 | 0.00 | 0.00 |
| Acct: 7933 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7933 | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                     50,860.67

TOTAL
CLAIMED          254.47
PRIORITY       5,539.93
SECURED       4,546.84


Date: 10/29/2018                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　MICKEY JOE MICHAEL<br><br>　　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:13-11055 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 13-11055-TPA
Mickey Joe Michael                                              Chapter 13
       Debtor                   CERTIFICATE OF NOTICE
District/off: 0315-1           User: jmar                  Page 1 of 2                  Date Rcvd: Nov 01, 2018
                               Form ID: pdf900             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2018.
db             +Mickey Joe Michael,    399 East Jamestown Road,    Greenville, PA 16125-9200
cr             +BANK OF AMERICA, N.A.,    900 W. Trade Street,    Charlotte, NC 28255-0001
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
13701721       +Aqua Services, Inc.,    762 West Lancaster Avenue,    Bryn Mawr, PA 19010-3402
13701722       +BAC Home Loan Servicing, LP,    Mail Stop CA6-919-09-23,    400 National Way,
                 Simi Valley, CA 93065-6414
13701723       +BAC Home Loans Servicing,    450 American Street,    Simi Valley, CA 93065-6285
13701724       +Cb Accounts Inc,    124 SW Adams Street,    Suite 215,   Peoria, IL 61602-2321
13912914       +CitiBank SD, NA,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13725018       +Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
13701726       +Mercer County Tax Claim Bureau,    104 Mercer County Courthouse,    Mercer, PA 16137-1224
13701731      #+Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
13716944       +Sharon City of Sanitary Authority,    155 West Connelly Boulevard,    Sharon PA 16146-1717
13701736       +UPMC Physician Services,    PO Box 382046,    Pittsburgh, PA 15250-0001
13772104       +UPMC-Horizon Out/Pt,    Convergent Healthcare Recoveries,    P.O. Box 1289,
                 Peoria, IL 61654-1289
13701734       +Udren Law Office,    111 Woodcrest Road,    Suite 200,   Cherry Hill, NJ 08003-3620
13701735       +Udren Law Office PC,    111 Woodcrest Road,    Suite 200,   Cherry Hill, NJ 08003-3620
13701737       +Wells Fargo Bank NA,    Wells Fargo Home Mortgage,    Attn: Bankruptcy Dept (MAC X7801-014),
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13701720       +E-mail/Text: EBNProcessing@afni.com Nov 02 2018 03:22:48     Afni, Inc.,   Attn: Bankruptcy,
                 Po Box 3427,    Bloomington, IL 61702-3427
13701725       +E-mail/Text: abovay@creditmanagementcompany.com Nov 02 2018 03:23:09
                 Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13728722       +E-mail/Text: Bankruptcy@natfuel.com Nov 02 2018 03:22:35     National Fuel,   1100 State Street,
                 Erie, PA 16501-1912
13701727       +E-mail/Text: Bankruptcy@natfuel.com Nov 02 2018 03:22:35     National Fuel,   P.O. Box 2081,
                 Erie, PA 16512-2081
13701728       +E-mail/Text: Bankruptcies@nragroup.com Nov 02 2018 03:23:37     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13701729       +E-mail/Text: bankruptcydepartment@tsico.com Nov 02 2018 03:23:23     Nco Financial / 09,
                 Attention: Bankruptcy,    507 Prudential Road,   Horsham, PA 19044-2308
13701730       +E-mail/Text: ebn@vativrecovery.com Nov 02 2018 03:21:57     Palisades Acquisition IX, LLC,
                 Vativ Recovery Solutions LLC,    PO Box 40728,   Houston, TX 77240-0728
13712613        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2018 03:22:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13701732       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2018 03:22:25     Pennsylvania Dept. of Revenue,
                 Department 280946,    PO Box 280946,   Attention: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
13701733       +E-mail/Text: nod.referrals@fedphe.com Nov 02 2018 03:21:45     Phelan Hallinan & Schmieg,
                 1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*              Pennsylvania Department Of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA  17128-0946
13716943*      +Mercer County Tax Claim Bureau,    104 Mercer County Courthouse,   Mercer PA 16137-1224
                                                                                       TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: jmar                  Page 2 of 2            Date Rcvd: Nov 01, 2018
                              Form ID: pdf900             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Debtor Mickey Joe Michael dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```